# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ENOS F. TAPLIN, JR., R60561, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 19-1123-NJR |
| DEE DEE BROOKHART, et al | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On October 18, 2019, Taplin's motion for leave to proceed *in form pauperis* ("IFP") was denied as Taplin has "struck out" under 28 U.S.C. § 1915(g) and did not meet the requirements of the imminent danger exception (Doc. 8). Taplin was ordered to pay the filing fee of $400.00 within 14 days (on or before November 1, 2019), and was warned that failure to comply would result in dismissal of the action. *Id*. On November 21, 2019, Plaintiff was given an extension of time to pay the $400.00 filing fee on or before December 5, 2019, or face dismissal (Doc. 10).

To date, Taplin has failed to pay the filing fee. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: December 17, 2019**

    **s/ NANCY J. ROSENSTENGEL**
    **NANCY J. ROSENSTENGEL**
    **Chief U.S. District Judge**